**Sarah J. Crooks**, OSB No. 971512
SCrooks@perkinscoie.com
**Meredith M. Price**, OSB No. 134627
MPrice@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

**John Q. Lewis**, *pro hac vice*
john.lewis@tuckerellis.com
**Karl A. Bekeny**, *pro hac vice*
karl.bekeny@tuckerellis.com
**Dustin B. Rawlin**, *pro hac vice*
dustin.rawlin@tuckerellis.com
**William N. Berglund**, *pro hac vice*
william.berglund@tuckerellis.com
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
Telephone:  216.592.5000
Facsimile:  216.592.5009

*Attorneys for Defendants Costco Wholesale Corporation and Nice-Pak Products, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| DESMOND R. ARMSTRONG, Individually and on Behalf of All Others Similarly Situated,<br>                    Plaintiff,<br>        v.<br>COSTCO WHOLESALE CORPORATION and NICE-PAK PRODUCTS, INC.,<br>                    Defendants. | No. 3:17-cv-00567-HZ<br><br>**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

Defendants Costco Wholesale Corporation ("Costco") and Nice-Pak Products, Inc.

("Nice-Pak"), through undersigned counsel, file this Notice of Supplemental Authority relevant

to the Defendants' position in the Joint Status Report filed in this case on May 25, 2017.  *See*

1-    NOTICE OF SUPPLEMENTAL AUTHORITY

29040-0408/135806607.2

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

ECF No. 142.  On May 30, 2017, Chief Judge Catherine C. Blake of the United States District Court for the District of Maryland entered an Order in *Palmer v. CVS Health, et al.*, Civil No. CCB-17-938 (D. Md.), a putative consumer class action involving another flushable wipe product manufactured by Nice-Pak.  *See* May 30, 2017 Order, attached as Ex. A.  In her Order, Judge Blake stayed *Palmer* pending the United States Second Circuit Court of Appeals' rulings on the Rule 23(f) petitions in *Kurtz v. Kimberly-Clark Corp., et al.*, and *Belfiore v. Proctor & Gamble Co.*, the two Eastern District of New York cases discussed in the Joint Status Report filed by the parties.  *See* ECF No. 142.

DATED:  June 1, 2017

Respectfully submitted,

*s/ Sarah J. Crooks*
**Sarah J. Crooks**, OSB No. 971512
SCrooks@perkinscoie.com
**Meredith M. Price**, OSB No. 134627
MPrice@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

**John Q. Lewis**, *pro hac vice*
john.lewis@tuckerellis.com
**Karl A. Bekeny**, *pro hac vice*
karl.bekeny@tuckerellis.com
**Dustin B. Rawlin**, *pro hac vice*
dustin.rawlin@tuckerellis.com
**William N. Berglund**, *pro hac vice*
william.berglund@tuckerellis.com
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
Telephone:  216.592.5000
Facsimile:  216.592.5009

*Attorneys for Defendants Costco Wholesale Corporation and Nice-Pak Products, Inc.*

2-    NOTICE OF SUPPLEMENTAL AUTHORITY

29040-0408/135806607.2

**Perkins Coie** LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222