UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| DESMOND R. ARMSTRONG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION and NICE-PAK PRODUCTS, INC.,<br><br>Defendants. | No. 3: 17-cv-00567-HZ<br><br>CLASS ACTION<br><br>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Desmond R. Armstrong and Defendants Costco Wholesale Corporation and Nice-Pak Products, Inc., by and through their respective undersigned counsel, hereby stipulate and agree to dismiss this entire action with prejudice, including all causes of action set forth in the Complaint on file in this action.

This stipulation and dismissal with prejudice is with consent of all parties. Each party shall bear its own costs and attorneys' fees.[1]

---

[1] The dismissal is effective upon filing and does not require the Court's approval. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (stating that "[a] plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared"); *Commercial Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1076 (9th Cir. 1999) ("a Rule 41(a)(1) dismissal, once filed, automatically terminates the action, and thus federal jurisdiction, without judicial involvement"); *Wilson v. City of San Jose*, 111 F. 3d 688, 692 (9th Cir. 1997) ("[t]he filing of a notice of voluntary dismissal with the court [under Rule 41(a)(1)] automatically terminates the action as to the defendants who are the subjects of the notice") (internal citation omitted).

JOINT STIPULATION OF                                                                                          Page 1
DISMISSAL WITH PREJUDICE

**So Stipulated:**

DATED:  May 23, 2019

| s/ Jennifer S. Wagner | s/ Sarah J. Crooks |
|---|---|
| **Mark S. Reich** (admitted *pro hac vice*) | **Sarah J. Crooks**, OSB No. 971512 |
| mreich@rgrdlaw.com | SCrooks@perkinscoie.com |
| **Samuel H. Rudman** | PERKINS COIE LLP |
| srudman@rgrdlaw.com | 1120 N.W. Couch Street |
| **Vincent M. Serra** (admitted *pro hac vice*) | Tenth Floor |
| vserra@rgrdlaw.com | Portland, OR  97209-4128 |
| ROBBINS GELLER RUDMAN | Telephone: 503/727-2000 |
|    & DOWD LLP | 503/727-2222 (fax) |
| 58 South Service Road, Suite 200 | |
| Melville, NY  11747 | |
| Telephone:  631/367-7100 | |
| 631/367-1173 (fax) | |
| | |
| **Steve D. Larson**, OSB No. 863540 | **John Q. Lewis** (admitted *pro hac vice*) |
| slarson@stollberne.com | john.lewis@tuckerellis.com |
| **Jennifer S. Wagner**, OSB No. 024470 | **Karl A. Bekeny** (admitted *pro hac vice*) |
| jwagner@stollberne.com | karl.bekeny@tuckerellis.com |
| STOLL STOLL BERNE LOKTING & | **Dustin B. Rawlin** (admitted *pro hac vice*) |
|    SHLACHTER, P.C. | dustin.rawlin@tuckerellis.com |
| 209 SW Oak Street, Suite 500 | **William N. Berglund** (admitted *pro hac vice*) |
| Portland, OR  97204 | william.berglund@tuckerellis.com |
| Telephone:  503/227-1600 | TUCKER ELLIS LLP |
| 503/227-6840 (fax) | 950 Main Avenue, Suite 1100 |
| | Cleveland, OH  44113 |
| *Attorneys for Plaintiff* | Telephone:  216/592-5000 |
| | 216/592-5009 (fax) |
| | |
| | *Attorneys for Defendants Costco Wholesale Corporation and Nice-Pak Products, Inc.* |

JOINT STIPULATION OF                                                                                       Page 2
DISMISSAL WITH PREJUDICE